UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

FRANKLIN RUCKER  
GALE CHATMAN RUCKER,

    Debtors.

Case No. 19-50355-SJS  
Honorable SUCCESSOR TO JUDGE SHEFFERLY  
Chapter 13

1746 Longfellow St.  
Detroit MI 48206  
XXX-XX-0416  
XXX-XX-9377

                                      /

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C. hereby requests to be removed from receiving electronic notices on behalf of the Wayne County Treasurer, in the above captioned matter. Notice is being received at the following e-mail addresses:

ecf@kaalaw.com

                            Respectfully submitted:

                            **KILPATRICK & ASSOCIATES, P.C.**  
                            Attorney for Creditor, Wayne County Treasurer

                            /S/*RICHARDO I. KILPATRICK*  
                            RICHARDO I KILPATRICK (P35275)  
                            Attorney for Creditor Wayne County Treasurer  
                            903 North Opdyke Road, Suite C  
                            Auburn Hills, MI 48326  
                            ecf@kaalaw.com  
Date: April 15, 2021              (248) 377-0700